IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                            F I L E D
                                    UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                           APR 2 1 2011

                                       GREGORY C. LANGHAM
                                                    CLERK
```

Civil Action No. 11-cv-000762-BNB

J. ANTOINE SALAZAR,

    Plaintiff,

v.

HOLIDAY RETIREMENT CORPORATION,

    Defendant.

---

## ORDER DRAWING CASE

---

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED April 21, 2011, at Denver, Colorado.

                                     BY THE COURT:

                                     s/ Boyd N. Boland
                                     United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00762-BNB

J. Antoine Salazar
943 Piccabeen Dr
Loveland, CO 80538

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk